THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CURTIS FREEMAN and JEROME DAVIS, Appellants.— Judgments unanimously affirmed. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

ADOLPH KATZ et al., Appellants, v. SEVILLE REALTY CORPORATION et al., Respondents, et al., Defendant.— Plaintiffs are not entitled to any relief on any of the issues in equity involved in this case. They are free to exercise whatever rights they may have at law. Judgment and order unanimously affirmed, with costs. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

In the Matter of EMRAY REALTY CORP., Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

97 FIFTH AVENUE CORPORATION, Respondent, v. MAX SCHATZBERG, Appellant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

HANOVER BANK et al., as Trustees under a Deed of Trust Made by JOHN E. ANDRUS, as Grantor, Appellants, v. J. C. PENNEY COMPANY, INC., Respondent. — Judgment unanimously affirmed, with costs. No opinion. Concur — Cohn, J. P., Callahan, Breitel and Botein, JJ.

■

In the Matter of ALEXANDER HABERMAN, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and SIDNEY KRAMER, Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

In the Matter of BELDINE HOLDING CORPORATION, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, with leave to the landlord to apply for elimination of the 15% reduction in rents upon proof that the services which the Rent Administrator found to be essential are being furnished. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

In the Matter of LARRY J. SANDBERG, Appellant, against FRANCIS W. ADAMS, as Commissioner of Police of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.